FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

15 MAY 21 AM 10: 13

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 8:15CR158 |
| Plaintiff, | |
| vs. | INDICTMENT |
| JAMES S. CODER, | 18 U.S.C. § 2252A(a)(2)(A) & (B) |
| | 18 U.S.C. § 2252A(a)(5)(B) |
| Defendant. | |

The Grand Jury charges that

## COUNT I

From between on or about August 30, 2011, and continuing to on or about February 20, 2015, in the District of Nebraska, JAMES S. CODER, the defendant herein, did knowingly receive and distribute, and attempt to receive and distribute, any child pornography, as defined in Title 18 United States Code Section 2256(8), that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code Section 2252A(a)(2)(A) & (B).

## COUNT II

On and before March 3, 2015, in the District of Nebraska, JAMES S. CODER, the defendant herein, did knowingly possess any material that contained an image of child pornography, as defined in Title 18 United States Code Section 2256(8), that involved a prepubescent minor, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code Section 2252A(a)(5)(B).

1

A TRUE BILL.

███████████████
FOREPERSON

*[signature]*
DEBORAH R. GILG
United States Attorney
District of Nebraska

    The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

*[signature]*
LECIA E. WRIGHT
Assistant U.S. Attorney